No. 71–1022.  UNITED STATES *v.* BASYE ET AL., 410 U. S. 441;

No. 71–1598.  BRENNAN, SECRETARY OF LABOR *v.* ARNHEIM & NEELY, INC., ET AL., 410 U. S. 512;

No. 72–56.  MARKLE ET AL. *v.* ABELE ET AL., 410 U. S. 951;

No. 72–730.  MARKLE ET AL. *v.* ABELE ET AL., 410 U. S. 951;

No. 72–841.  ECLIPSE FUEL ENGINEERING CO. *v.* MAXON PREMIX BURNER CO., INC., 410 U. S. 929;

No. 72–908.  JOFTES *v.* WEXLER ET AL., 410 U. S. 966;

No. 72–946.  MUSTO *v.* UNITED STATES, 410 U. S. 982;

No. 72–959.  YOUNG *v.* UNITED STATES, 410 U. S. 967;

No. 72–5195.  SMITH *v.* SUPREME COURT OF OKLAHOMA, 409 U. S. 1126;

No. 72–5726.  FURGERSON *v.* CASPER, 410 U. S. 933;

No. 72–5745.  LOPEZ *v.* CALIFORNIA, 410 U. S. 959;

No. 72–5882.  WALKER *v.* ALABAMA, 410 U. S. 939;

No. 72–6014.  TODD *v.* CARDWELL, WARDEN, 410 U. S. 970;

No. 72–6100.  GERARDI *v.* FAVER, 410 U. S. 981; and

No. 72–6129.  GERARDI *v.* MacLAUGHLIN ET AL., 410 U. S. 981.  Petitions for rehearing denied.

No. 72–434.  BYRN, GUARDIAN *v.* NEW YORK CITY HEALTH & HOSPITALS CORP. ET AL., 410 U. S. 949.  Motion of Mrs. Arlethia Gilliam et al. for leave to file a brief as *amici curiae* in support of rehearing granted.  Petition for rehearing denied.

No. 72–5401.  CASON *v.* CITY OF COLUMBUS, 409 U. S. 1053.  Motion for leave to supplement petition for rehearing granted.  Petition for rehearing denied.

No. 72–5677.  HESSEL *v.* ARIZONA ET AL., 410 U. S. 933.  Petition for rehearing and other relief denied.